UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. **CR22-107-JCC** |
| v. | **DETENTION ORDER** |
| YOLANDA ORTIGOZA REYES, | |
| Defendant. | |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is charged with drug trafficking offenses that carry  mandatory minimum terms of imprisonment if convicted. The government proffered Defendant had a leadership role in a drug conspiracy that spans from California, through Oregon and into Washington. When police searched her apartment in California, they located a significant quantity of drugs. Defendant was arrested in this District and some unknown or transient ties to the area. She claimed she had just come to the district a week ago. The government contended that is a false claim because they have investigated Defendant making multiple trips to Washington.

DETENTION ORDER - 1

1    Defendant has no known criminal history and has two children who live in California.

2  These are positive factors, but Defendant also has no legal status in the county, is a citizen of

3  Mexico with family there, and faces both lengthy incarceration and deportation if convicted. She

4  thus has powerful incentives to leave the country.

5    Defendant also seeks release to California but the district in which she seeks release does

6  not have active GPS tracking technology so the ability to track Defendant's whereabouts is weak.

7  The Court concludes the given all of the factors, Defendant is a risk of flight and must be

8  detained.

9    It is therefore **ORDERED**:

10    (1)    Defendant shall be detained pending trial and committed to the custody of the

11  Attorney General for confinement in a correctional facility separate, to the extent practicable,

12  from persons awaiting or serving sentences, or being held in custody pending appeal;

13    (2)    Defendant shall be afforded reasonable opportunity for private consultation with

14  counsel;

15    (3)    On order of a court of the United States or on request of an attorney for the

16  Government, the person in charge of the correctional facility in which Defendant is confined

17  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

18  connection with a court proceeding; and

19    (4)    The Clerk shall provide copies of this order to all counsel, the United States

20  Marshal, and to the United States Probation and Pretrial Services Officer.

21    DATED this 28th day of July, 2022.

22

23    _____
       BRIAN A. TSUCHIDA
       United States Magistrate Judge

DETENTION ORDER - 2